Case: 18-cv-06922-DLI-PK

March 27, 2019

Milan Import Export Company, LLC

740 Metcalf St., Suite 3

Escondido, CA 92025

Chief Judge Irizarry

225 Cadman Plaza East

Brooklyn, NY 11201

Received
In Chambers of:
Chief U.S. District Judge
DORA L. IRIZARRY

APR - 2 2019

Dear Chief Judge Irizarry,

    I am writing to you regarding civil case 18-cv-06922-DLI-PK BIC Corporation v. Milan Import Export Company, LLC. I am the President of Milan Import Export LLC. I confirm that in July of 2016 I imported two containers. They have been sold in California in the cities of San Diego, Los Angeles, Fresno, and Bakersfield. Then I stopped until May 2018 in which I imported another container which was sold in Detroit, Michigan and I broke even, not gaining any profit. Under penalty, I didn't import any other container to this day. I never sold to New York.

    I don't have any money to pay for a lawyer because they requested $25,000. At this time, I don't have any money. I am 87 years old and was born on        1932. I would appreciate if the court would grant me a pro bono attorney. I am now disabled; I will try to fly to New York without having a lawyer. As I said, I don't have any money and I need your help. Thank you.

My phone number is 619-392-6212. My email is: joeabouni@yahoo.com

Respectfully,

*[signature]*

Joe Abouni

Page 2

In addition, section 14(a)(1) of the Consumer Product Safety Act (CPSA) and 16 C.F.R. part 1110 require that every manufacturer of a non-children's product which is subject to a consumer product safety rule under the CPSA or similar rule, ban, standard, or regulation under any other Act enforced by the Consumer Product Safety Commission (Commission) and which is imported for consumption or warehousing or distributed in commerce shall issue a general conformity certificate (GCC) which: (1) shall certify, based on a test of each product or upon a reasonable testing program, that such product complies with all rules, bans, standards, or regulations applicable to the product under the CPSA or any other Act enforced by the Commission; and (2) shall specify each such rule, ban, standard, or regulation applicable to the product. The child resistance testing data obtained in accordance with the procedures described under 16 C.F.R. § 1210.4 may be used by the importer or domestic manufacturer to support its certification. The importer or the domestic manufacturer must issue the GCC, and the GCC must accompany each product or product shipment and must be furnished to each distributor or retailer.

Effective August 26, 2013, the Commission has adjusted the Customs Value or ex-factory price of $2.25 to $2.50 based on the increase in the Producer Price Index (PPI) for Miscellaneous Fabricated Products. Implementing on November 1, 2013, refillable lighters with an import value of $2.50 or less will be required to be child-resistant. *See* 78 Fed. Reg. 52,679 (2013) for the specifics of the price increase.

If you have any questions about the subject of this letter or other issues relating to the Standard, please feel free to write or call me.

Sincerely,

Julio Alvarado
Compliance Officer
Division of Regulatory Enforcement