July 8, 2019

Milan Import Export Company, LLC

740 Metcalf St., Suite 3

Escondido, CA 92025

Magistrate Judge Kuo

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Magistrate Judge Kuo,

I am Joe Abouni, President of Milan Import Export LLC, writing to you regarding civil case 18-cv-06922-DLI-PK BIC Corporation v. Milan Import Export Company, LLC. If you would allow me, I would be happy to have an appointment with you to see you in person so I can explain everything.

Someone went to the factory in China where TUTU lighters are made and told the factory he is from BIC and that by the order of the court in the U.S.A., TUTU lighters can not be produced. He also asked them how many containers they made for Milan Import Export LLC and they said only three containers a long time ago. They don't know his name or where he came from. Please clarify if there is an order from the court that told the factory to not make TUTU lighters.

Please, as I said, I need some time so I can receive money from overseas to hire a lawyer. I want to know if this man was requested by the court to go to the factory. I would like to have an appointment to speak to you personally.

My phone number is 619-392-6212. My email is: joeabouni@yahoo.com

There were three containers imported. Two containers were sold in California in 2017. The third container was sold in Michigan in the beginning of 2018.

Respectfully,

Joe Abouni



**Extremely Urgent**

RECEIVED
JUL 10 2019
PRO SE OFFICE

ATTN: PRO SE OFFICE

THE UPS STORE
(760) 740-3393
THE UPS STORE #0547
SITE H EL NORTE PKWY
395 H EL NORTE PKWY
ESCONDIDO CA 92026-1860

SHIP PRO SE OFFICE
TO: MAGISTRATE JUDGE KJO
    225 CADMAN PLZ E

    BROOKLYN NY 11201-1804

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 08 JUL 2019

UPS 2ND DAY AIR A.M.
TRACKING #: 1Z 998 360 07 4252 7885

BILLING: P/P

Services:
UPS Next Day Air®
UPS Worldwide Express™
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:
UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit ups.com® or call 1-800-PICK-UPS® (1-800-7...
to schedule a pickup or find a drop off location near...

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic containing sensitive personal information or breakable items. Do not s... or cash equivalent

Serving you for more than 100 years
United Parcel Service.

