**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BIC CORPORATION<br><br>   Plaintiff,<br>v.<br>ARROW LIGHTER, INC. d/b/a MK LIGHTER, INC. and MK LIGHTER COMPANY, EXCEL WHOLESALE DISTRIBUTORS INC., MILAN IMPORT EXPORT COMPANY, LLC, JOHN DOE COMPANIES 1-10, and JOHN OR JANE DOES 1-10,<br>   Defendants. | Case No. 1:18-cv-6922-DLI-PK<br><br>**CERTIFICATE OF SERVICE** |

I, Anthony Avant, certify pursuant to 28 U.S.C. § 1746 as follows:

I am an employee of Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019, counsel for Plaintiff BIC Corporation in this action.

On July 16, 2019, I served a true and correct copy of the attached text Order, entered July 15, 2019, via Federal Express overnight delivery upon:

Joe Abouni
Milan Import Export Company LLC
740 Metcalf St., Suite 3
Escondido, CA 92025

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2019
       New York, New York

                    _/s/ Anthony Avant_
                    Anthony Avant

## Mowder, Ronica

| | |
|---|---|
| **From:** | noreply@courtdrive.com |
| **Sent:** | Monday, July 15, 2019 3:02 PM |
| **To:** | PATeam2 |
| **Subject:** | Activity in Case 1:18-cv-06922-DLI-PK BIC Corporation v. Arrow Lighter, Inc.  et al Order on Motion to Stay |



No Document Entry
Download PDF of this Email
powered by CourtDrive

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New YorkNotice of Electronic Filing

The following transaction was entered on 7/15/2019 at 3:00 PM EDT and filed on 7/15/2019

| | |
|---|---|
| **Case Name:** | BIC Corporation v. Arrow Lighter, Inc. et al |
| **Case Number:** | 1:18-cv-06922-DLI-PK |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER denying [26] Motion to Stay; terminating [23] Motion for Default Judgment -- The motion for a stay pending the outcome of parallel litigation currently pending before the International Trade Commission ("the ITC Proceedings") made by Defendants Arrow Lighter, Inc., Excel Wholesale Distributors Inc., MK Lighter Company ("the Appearing Defendants") is denied. However, the Clerk of Court is directed to administratively close this case without prejudice to the parties moving to reopen it within 30 days of the conclusion of the ITC Proceedings. In addition, Plaintiff's motion for default judgment against Defendant Milan Import Export Company, LLC [23] is terminated, without prejudice to moving to reinstate it once this matter is reopened. Plaintiff is directed to serve a copy of this Electronic Order on Defendant Milan Import Export Company within five days of the date of this Order and immediately thereafter file proof of such service with the Court. SO ORDERED by Chief Judge Dora Lizette Irizarry on 7/15/2019. (Irizarry, Dora)**
1:18-cv-06922-DLI-PK Notice has been electronically mailed to:

Peter D. Vogl     pvogl@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Briggs M. Wright     bwright@orrick.com

Charles Ch Wu     cchwu@wclawyers.com, cleung@wclawyers.com, shaddad@wclawyers.com, tphillip@wclawyers.com

Vikram M Reddy     vreddy@wclawyers.com, cleung@wclawyers.com, tphillip@wclawyers.com

**1:18-cv-06922-DLI-PK Notice will not be electronically mailed to:**